RECEIVED
OCT 17 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:18-cr-86 |
| v. | **INDICTMENT** |
| CHRISTOPHER LEE COLLINS, | T. 18 U.S.C. § 2251(a) |
| Defendant. | T. 18 U.S.C. § 2252(a)(2) |
| | T. 18 U.S.C. § 2252(b)(1) |
| | T. 18 U.S.C. § 2253 |
| | T. 18 U.S.C. § 2428 |
| | T. 18 U.S.C. § 1466A(b)(1) |
| | T. 18 U.S.C. § 2252A(b)(1) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Receiving Child Pornography)

On or between August 16, 2017 and August 26, 2017, in the Southern District of Iowa, the defendant, CHRISTOPHER LEE COLLINS, did knowingly receive, and attempt to receive, visual depictions that had been shipped and transported in interstate and foreign commerce by any means, including by computer, the producing of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession of Child Pornography)**

On or about August 16, 2017 and August 26, 2017, in the Southern District of Iowa, the defendant, CHRISTOPHER LEE COLLINS, did knowingly possess one (1) and more items containing visual depictions that had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by a computer, the producing of said visual depictions involving the use of minors, that is, persons under the age of eighteen (18) years, prepubescent minors and minors who had not attained 12 years of age, engaged in sexually explicit conduct as defined in Title 18, and United States Code, Section 2256(2), said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession of Obscene Visual Representation of the Sexual Abuse of Children)**

On or about August 16, 2017 and August 26, 2017, in the Southern District of Iowa, the defendant, CHRISTOPHER LEE COLLINS, did knowingly possess one (1) and more visual depictions that had been shipped and transported in interstate and foreign commerce by any means, including by computer, of any kind, including a drawing, cartoon, sculpture, or painting that depicts a minor engaged in sexually explicit conduct, as defined in Title 18, and United States Code, Section 2256(2), and is obscene.

This is a violation of Title 18, United States Code, Section 1466A(b)(1) and 2252A(b)(1).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2. From his engagement in any or all of the violations alleged in Counts 1 and 2 of this Indictment, the defendant, CHRISTOPHER LEE COLLINS, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

   a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1 and 2 of this Indictment;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1 and 2 of this Indictment; and,

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

4. If, as a result of any act or omission of the defendant, CHRISTOPHER LEE COLLINS, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), and Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, CHRISTOPHER LEE COLLINS, up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

**THE GRAND JURY FINDS:**

**SECOND NOTICE OF FORFEITURE**

Upon conviction in Count 3, alleged above, Defendant, CHRISTOPHER LEE COLLINS, shall forfeit to the United States, pursuant to 18 U.S.C. § 1467, his interest in:

(1) any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, if the court, in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in such offense.

All pursuant to Title 18, United States Code, Section 1467.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney